UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __14-2145__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __L. HALL__

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_(signature)_

Leslie R. Stellman
Name (printed or typed)

Pessin Katz Law, P.A.
Firm Name (if applicable)

901 Dulaney Valley Road, Suite 400

Towson, Maryland 21204
Address

410-339-6752
Voice Phone

410-832-5661
Fax Number

lstellman@pklaw.com
E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on __October 27, 2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

(1) Andrew M. Battista, Esquire, 409 Washington Avenue, Suite 600, Towson, MD  21204
(2) Michael Skojec, Esq., BALLARD SPAHR, LLP 300 E. Lombard Street, 18th Floor Baltimore, MD  21202

(3) Michele McDonald, Esquire Office of the Maryland Attorney General 200 St. Paul Place, 20th Floor Baltimore, MD  21202

_AGS w/permission_
Signature

__10/27/14__
Date

05/07/2014
SCC