FILED: January 14, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2145

(1:13-cv-03615-JKB)

_____

L. HALL

        Plaintiff - Appellant

v.

GREYSTAR MANAGEMENT SERVICES, L.P., d/b/a Greystar Development and Construction, LP, d/b/a Versailles Apartment Homes; PSN LANDSCAPING COMPANY, INCORPORATED; RICHARD KELLY

        Defendants - Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file separate briefs, the court grants the motion, the combined length of which shall not exceed the length limitations established by Rule 32(a)(7) of Federal Rules of Appellate Procedure.

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk